UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:16-cr-00264-VMC-TGW

NALITA RAJKUMAR

## FACTUAL BASIS

The United States and Defendant Nalita Rajkumar ("Rajkumar") agree that the following facts are true and correct, would have been proved beyond a reasonable doubt had this matter proceeded to trial, and are sufficient to support a plea of guilty.

From approximately June 2014 through approximately December 2015, Rajkumar and others knowingly and willfully conspired to execute a scheme and artifice to defraud TRICARE, a health care benefit program as defined in 18 U.S.C. § 24(b), affecting commerce, in violation of 18 U.S.C. § 1349. During and in furtherance of the conspiracy, Rajkumar, a physician assistant licensed in Florida, agreed to and did sign prescriptions for compound medications which prescriptions were fraudulently generated by co-conspirators through DMA Logistics d/b/a Nation Wide Meds, a telemarketing call center, and processed and billed by co-conspirators through Life Worth Living Pharmacy. DMA Logistics d/b/a Nation Wide Meds and Life Worth Living Pharmacy are located in

the Middle District of Florida.  Rajkumar signed these prescriptions in exchange for illegal kickbacks that co-conspirators Greggory Jackson and Dustin "Drey" Chennells paid to her.  Rajkumar signed these prescriptions, dated March 25, 2015 through April 30, 2015, even though she did not see the patients for whom she wrote the prescriptions and even though she did not have a legitimate provider-patient interaction with any of them.  Co-conspirators Michael Ayotunde and Tashima Kenny processed the fraudulent prescriptions that Rajkumar signed and, using Life Worth Living Pharmacy, caused the submission of claims to TRICARE seeking reimbursement for compound medications based on these prescriptions.  Life Worth Living Pharmacy received approximately $1,347,996 in reimbursement payments based on the false and fraudulent prescriptions that Rajkumar signed.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me.  It does not include all of the facts known to me concerning criminal activity in which I and others engaged.  I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

By: _____  10/29/16
Nalita Rajkumar
Defendant

By: _____
Mark L. Horwitz, Esq.
Counsel for the Defendant

2

Respectfully submitted,
A. LEE BENTLEY, III
United States Attorney

By: _____

Christopher J. Hunter
Senior Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

I hereby certify that on *Nov. 7*, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

_____
Christopher J. Hunter